**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID LARA, | ) NO. EDCV 11-01178-CW |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: May 29, 2012

_____
CARLA M. WOEHRLE
United States Magistrate Judge